JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| GURI GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SAINT & OLY LLC,<br><br>    Defendant. | Case № 2:22-cv-06255-ODW (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 28, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**